B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Maria C Escarra** _____ ,    Case No. _____**15-26265**_____

Debtor    Chapter _____**7**_____

# SUMMARY OF SCHEDULES - AMENDED 10/1/2015

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 69,100.00 | | |
| B - Personal Property | Yes | 4 | 22,868.16 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 53,585.74 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 119,347.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 1,287.75 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,718.71 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 91,968.16 | | |
| Total Liabilities | | | | 172,933.28 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Florida

In re  **Maria C Escarra**

_____,
Debtor

Case No. _____**15-26265**_____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 1,287.75 |
| Average Expenses (from Schedule J, Line 22) | 1,718.71 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 135.75 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 119,347.54 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 119,347.54 |

B6D (Official Form 6D) (12/07)

In re   **Maria C Escarra**                                    , Case No. __**15-26265**__
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED 10/1/2015

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx8591** <br><br> **Los Suenos Condominium Association** <br> **Florida Property Managment Group** <br> **POB 628207** <br> **Orlando, FL 32862** | | - | **Association** <br> **6095 West 18 Avenue #S226, Hialeah, FL 33012.  Legal Description: LOS SUENOS CONDO UNIT S-226 PH I UNDIV 790/338334 INT IN COMMON ELEMENTS OFF REC 20593-3135 OR 20692-4877 0902 1.  Value is based on Miami Dade County tax assessor.** | | | | | |
| | | | Value $                    69,100.00 | | | | 204.24 | 0.00 |
| Account No. **xxxxxxx5131** <br><br> **Los Suenos Condominium Association** <br> **Florida Property Managment Group** <br> **POB 628207** <br> **Orlando, FL 32862** | | - | **Association** <br> **6095 West 18 Avenue #S226, Hialeah, FL 33012.  Legal Description: LOS SUENOS CONDO UNIT S-226 PH I UNDIV 790/338334 INT IN COMMON ELEMENTS OFF REC 20593-3135 OR 20692-4877 0902 1.  Value is based on Miami Dade County tax assessor.** | | | | | |
| | | | Value $                    69,100.00 | | | | 9.31 | 0.00 |
| Account No. **xxxxxx2935** <br><br> **Wells Fargo Home Mortgage** <br> **POB 14411** <br> **Des Moines, IA 50306-3411** | | - | **Mortgage** <br> **6095 West 18 Avenue #S226, Hialeah, FL 33012.  Legal Description: LOS SUENOS CONDO UNIT S-226 PH I UNDIV 790/338334 INT IN COMMON ELEMENTS OFF REC 20593-3135 OR 20692-4877 0902 1.  Value is based on Miami Dade County tax assessor.** | | | | | |
| | | | Value $                    69,100.00 | | | | 53,372.19 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__**0**__ continuation sheets attached

|  | Subtotal <br> (Total of this page) | 53,585.74 | 0.00 |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 53,585.74 | 0.00 |

B6F (Official Form 6F) (12/07)

In re __Maria C Escarra_____,    Case No. ___15-26265_____
                              Debtor

## AMENDED 10/1/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx0112  **BAERS Furniture / GE Money** **PO BOX 960061** **Orlando, FL 32896-0061** | | - | | | **Credit Card Purchases** | | | | 5,856.67 |
| Account No. xxxxx9040  **Broward Adjustment Services** **PO BOX 11879** **Fort Lauderdale, FL 33339** | | - | | | **medical** | | | | 60.80 |
| Account No. xxxxxxxxxxxx8160  **Care Credit** **POB 15298** **El Paso, TX 79998** | | - | | | **Credit Card Purchases** | | | | 5,768.14 |
| Account No. xx2464  **Eduardo A. Montilla MD** **1435 West 49 Street #201** **Hialeah, FL 33012** | | - | | | **medical** | | | | 13.51 |
| | | | | | Subtotal (Total of this page) | | | | 11,699.12 |

__5___ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Maria C Escarra**                                              ,   Case No.   **15-26265**
_____
Debtor

# AMENDED 10/1/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx4866** | | | **Credit Card Debt** | | | | |
| El Dorado P.O. BOX 9328 Des Moines, IA 50306 | | - | | | | | 4,279.68 |
| Account No. **xxxxxx1901** | | | **Credit Card Debt** | | | | |
| JC Penney P.O. BOX 960090 Orlando, FL 32896-0090 | | - | | | | | 8,243.03 |
| Account No. **xxxxxxxxxxx6624** | | | **Credit Card Purchases** | | | | |
| Kirklands POB 981400 El Paso, TX 79998 | | - | | | | | 2,269.40 |
| Account No. **xxxxxx8830** | | | **Credit Card** | | | | |
| Kohl's P.O. BOX 2983 Milwaukee, WI 53201-2983 | | - | | | | | 1,481.24 |
| Account No. **xxxxxxxx9832** | | | **Credit Card Purchases** | | | | |
| Macy's POB 183084 Columbus, OH 43218-3084 | | - | | | | | 14,361.32 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**30,634.67**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Maria C Escarra**                                                                      ,   Case No. _____**15-26265**_____
                                    Debtor

# AMENDED 10/1/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1913**<br><br>**Medical Revenue**<br>**POB 1149**<br>**Sebring, FL 33871** | | - | Hospital | | | | 84.52 |
| Account No. **xxxxx5685**<br><br>**New York & Company**<br>**POB 182789**<br>**Columbus, OH 43218-2789** | | - | Credit Card Purchases | | | | 1,694.06 |
| Account No. **xxxx1117**<br><br>**Optimum Orteomes Inc.**<br>**P.O. Box 660943**<br>**Dallas, TX 75266-0943** | | - | Hospital | | | | 442.73 |
| Account No. **xxxxxxxxxxxx2774**<br><br>**Pier 1 Imports**<br>**P.O. BOX 94012**<br>**Palatine, IL 60094** | | - | Credit Card Purchases | | | | 3,604.10 |
| Account No. **xx0035**<br><br>**Reyna Health Trust Inc**<br>**P.O. Box 144920**<br>**Miami, FL 33114** | | - | Hospital Care | | | | 67.05 |

Sheet no. __**2**___ of __**5**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **5,892.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Maria C Escarra**                                                    ,     Case No.  **15-26265**
                                    Debtor

# AMENDED 10/1/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8774**<br><br>**RMS**<br>**P.O. Box 280431**<br>**East Hartford, CT 06128** | | - | | | Medical | | | | 146.90 |
| Account No. **xxxx-xxxx-xxxx-7054**<br><br>**Sears**<br>**P.O. BOX 183081**<br>**Columbus, OH 43218-3081** | | - | | | Credit Card | | | | 2,900.87 |
| Account No. **xxxx-xxxx-xxxx-7054**<br><br>**Sears**<br>**P.O. BOX 183081**<br>**Columbus, OH 43218-3081** | | - | | | Credit Card | | | | 12,225.17 |
| Account No. **xxxxxxxxxxxxxx4495**<br><br>**Southeast Toyota Finance**<br>**POB 991817**<br>**Mobile, AL 36691-8817** | | - | | | Voluntary Surrender Auto | | | | 29,951.58 |
| Account No. **2106**<br><br>**TFPS183 Tenet Forida Physicians Service**<br>**P.O. Box 100198**<br>**Atlanta, GA 30384-0198** | | - | | | Medical | | | | 329.63 |

Sheet no. **3** of **5** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,554.15

B6F (Official Form 6F) (12/07) - Cont.

In re  **Maria C Escarra**                                             , Case No. ____**15-26265**____
                          Debtor

# AMENDED 10/1/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-3425** <br><br> **TJX Rewards** <br> **POB 530948** <br> **Atlanta, GA 30353-0948** | - | | Credit Card Purchases | | | | 2,428.34 |
| Account No. **xxx-3425** <br><br> **Toyota Financial Services** <br> **POB 790069** <br> **Saint Louis, MO 63179-0069** | - | | | | | | 10,159.87 |
| Account No. **xxxx-xxxx-xxxx-5978** <br><br> **Toys R Us/ Babies R US** <br> **POB 530939** <br> **Atlanta, GA 30353-0939** | - | | Credit Card Purchases | | | | 655.93 |
| Account No. **xxxx-xxxx-xxxx-0504** <br><br> **US Bank Cachet** <br> **POB 790408** <br> **Saint Louis, MO 63179-0408** | - | | Credit Card Purchases | | | | 8,342.01 |
| Account No. **xxxxxxxxxx0001** <br><br> **Verizon** <br> **POB 660108** <br> **Dallas, TX 75266-0108** | - | | Cell phone | | | | 1,410.28 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    22,996.43

B6F (Official Form 6F) (12/07) - Cont.

In re   **Maria C Escarra**                                                      ,   Case No.   **15-26265**
_____
Debtor

## AMENDED 10/1/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx1710** | | | | | **Credit Card Purchases** | | | | |
| **Victoria's Secret POB 659728 San Antonio, TX 78265-9728** | - | | | | | | | | |
| | | | | | | | | | **2,570.71** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __**5**___ of __**5**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **2,570.71** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **119,347.54** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Maria C Escarra**

Debtor(s)

Case No. **15-26265**

Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED 10/1/2015

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**22**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 1, 2015**

Signature **/s/ Maria C Escarra**

**Maria C Escarra**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.