B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Maria C Escarra**  
Debtor(s)

Case No.  **15-26265**  
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED 10/5/2015

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Los Suenos Condominium Association | **Describe Property Securing Debt:**<br>6095 West 18 Avenue #S226, Hialeah, FL 33012. Legal Description: LOS SUENOS CONDO UNIT S-226 PH I UNDIV 790/338334 INT IN COMMON ELEMENTS OFF REC 20593-3135 OR 20692-4877 0902 1. Value is based on Miami Dade County tax assessor. |

Property will be (check one):  
☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt         ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Los Suenos Condominium Association | **Describe Property Securing Debt:**<br>6095 West 18 Avenue #S226, Hialeah, FL 33012. Legal Description: LOS SUENOS CONDO UNIT S-226 PH I UNDIV 790/338334 INT IN COMMON ELEMENTS OFF REC 20593-3135 OR 20692-4877 0902 1. Value is based on Miami Dade County tax assessor. |

Property will be (check one):  
☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):  
■ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt         ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                            Page 2

Property No. 3

| Creditor's Name:<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**6095 West 18 Avenue #S226, Hialeah, FL 33012.  Legal Description: LOS SUENOS CONDO UNIT S-226 PH I UNDIV 790/338334 INT IN COMMON ELEMENTS OFF REC 20593-3135 OR 20692-4877 0902 1.  Value is based on Miami Dade County tax assessor.** |
|---|---|

Property will be (check one):
    ☐ Surrendered                                        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                            ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name:<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **October  5, 2015**                     Signature   **/s/ Maria C Escarra**
                                                                                  **Maria C Escarra**
                                                                                    Debtor